FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 08 2008

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIE-LEI LIU AND
XIAO-DONG CHEN, M.D.                                         PLAINTIFFS

V.          CASE NO. 4·08-CV-0415 JMM

This case assigned to District Judge Moody
and to Magistrate Judge Forster

BECCA MEHLIN, A.N.P., AND
LITTLE ROCK GYNECOLOGY ASSOCIATES, INC,
AND KAREN J. KOZLOWSKI, MD                                   DEFENDANTS

## COMPLAINT

Come the plaintiffs, Tie-Lei Liu and Xiao-Dong Chen, MD, by and through their attorney, Phillip H. McMath and James Bruce McMath of McMath Woods, P.A., and for their complaint against defendants, Becca Mehlin, A.N.P, Little Rock Gynecology Associates, Inc., and Karen J. Kozlowski, MD, state as follows:

I.

The plaintiffs, Xiao-Dong Chen, M.D., and Tie-Lei Liu, husband and wife, are citizens and residents of 1323 Via Se Villa, San Antonio, TX 78260.

The defendant, Becca Mehlin, A.N.P, is a nurse practitioner licensed to practice in the state of Arkansas, specializing in obstetrics and gynecology. Her business address is Medical Towers II, 9501 Lile Drive, Suite 770, Little Rock, Pulaski County, Arkansas 72205.

The defendant Little Rock Gynecology Associates, Inc., is a for-profit corporation licensed to do business in the state of Arkansas, and their agent of service is, Janet R. Cathey, MD, President, Medical Towers II, 9501 Lile Drive, Suite 770, Little Rock, AR 72205.

At all times mentioned herein, the defendant Becca Mehlin, A.N.P., was the agent and employee of the co-defendant Little Rock Gynecology Associates, Inc., which is vicariously

liable for Nurse Mehlin's negligence and fault as stated below, under the doctrine of *respondeat superior*.

Likewise, the now co-defendant, Karen J. Kozlowski, MD, is a physician licensed to practice in the state of Arkansas, specializing in obstetrics and gynelocology. At all times mentioned herein, the defendant, Karen J. Kozlowski, MD, was the agent, employee, and officer of the co-defendant, Little Rock Gynecology Associates, Inc., which is also vicariously liable for Dr. Kozlowski's negligence and fault as stated below, under the doctrine of *respondeat superior*.

At all times relevant herein, the defendant Becca Mehlin, ANP, and Karen J. Kozlowski, MD, were citizens of the state of Arkansas, and the defendant Little Rock Gynecology Associates, Inc., was a corporation authorized to do business in the state of Arkansas and derived substantial revenue from business conducted within that state, and is therefore subject to the jurisdiction of the state of Arkansas. Accordingly, since the plaintiffs are citizens and residents of the state of Texas, the Court has jurisdiction of these parties as diversity of citizenship exists under 28 US Code §1332, as it is an action between diverse parties for an amount in controversy in excess of the required jurisdictional amount, exclusive of interests and costs.

II.

On or about 4/19/2005, the plaintiff, Tie-Lei Liu, was a patient of the defendant, Dr. Karen J. Kozlowski, and was seen by the co-defendant, Nurse Becca Mehlin, at the offices of Little Rock Gynecology Associates, Inc, for the purpose of inserting an intrauterine device (IUD). While the IUD was being inserted by the defendant Becca Mehlin, A.N.P., an employee of Little Rock Gynecology Associates, Inc., working under the supervision of the co-defendant Dr. Karen J. Kozlowski, a physician employed with that clinic, Nurse Mehlin negligently

perforated the plaintiff's, Mrs. Tie-Lei Liu's uterus and erroneously placed the IUD in the peritoneal cavity.

III.

The plaintiffs assert that the defendant, Becca Mehlin, A.N.P., was negligent and at fault for the following reasons:

a. That while inserting a Mirena Intrauterine Device (IUD), Nurse Mehlin proceeded with insertion of the IUD after the uterine cavity sounded/measured outside of the manufacturer's stated parameters, or was otherwise safe, and also without discussing this risk with the plaintiff, Tie-Lei Liu, or requesting the assistance and guidance of Dr. Karen J. Kozlowski.

b. Likewise, in failing to inform and otherwise warn the plaintiff, Tie-Lei Liu, among other risks, that IUD uterine perforation was a known risk of IUD placement.

c. In failing to obtain the plaintiff's, Tie-Lei Liu's, informed consent, written or oral, for the procedure in question.

d. Failing to provide the level of care, skill and treatment, which in light of all the surrounding circumstances, is recognized as acceptable and appropriate and reasonably prudent by a similar healthcare provider in Nurse Mehlin's specialty.

IV.

The plaintiffs also assert that the co-defendant Dr. Karen J. Kozlowski, was negligent and at fault in the following particulars:

a. In failing to establish a policy in the office of Little Rock Gynecology Associates, Inc., that Becca Mehlin, A.N.P. and other nurse practitioners operating under Dr.

   Kozlowski's supervision, must obtain written or oral informed consent by discussing with Tie-Lei Liu, and other such patients, the risks, benefits, and alternatives of IUD placement. This failure to ensure a written or oral consent involving counseling of known risks and benefits was negligent on the part of Dr. Kozlowski since no such policy was in place at the time Tie Lei Liu was a patient for the insertion of the IUD by co-defendant Nurse Mehlin, and, in fact, no consent was ever obtained from the plaintiff, either oral or written.

b. In failing to sufficiently recognize and treat the complication of IUD perforation postoperatively once it was determined that an IUD perforation had actually occurred in the plaintiff Tie-Lei Liu, that is, specifically ordering the patient for immediate evaluation and antibiotic therapy and surgical removal of the IUD.

c. In failing to ascertain that Becca Mehlin, ANP, had adequate training and knowledge to perform the procedure.

d In failing to timely order a surgical consult for the treatment of this perforation once it had occurred under the services of Becca Mehlin, ANP.

e In failing to provide the level of care, skill and treatment, of an obstetrician/gynecologist, in light of all of the surrounding circumstances, in supervising the care and treatment of the plaintiff by the nurse co-defendant, Becca Mehlin.

V.

As a direct and proximate result of the aforementioned fault, negligence and/or malpractice, all of which constitute deviation from the standard of practice in this community or similar communities, on the part of the co-defendants Mehlin and Dr. Kozlowski, the plaintiff

Tei-Lei Liu suffered severe complications related to the placement of the IUD in the peritoneal cavity or abdomen with attendant adhesions and infections associated with same. As a consequence, plaintiff had to have the IUD surgically removed at the University of Arkansas Medical Hospital on or about June 7, 2005, with the diagnosis of acute perforation of the uterus with the IUD. Plaintiff subsequently has developed continuous and chronic infections and fever along with adhesions and other complications directly associated with same, and she remains under a doctor's care for these conditions.

## VI.

As a direct and proximate result of the aforementioned fault, negligence and/or malpractice, all of which constitute deviation from the standard of practice in this community or similar communities, on the part of co-defendants Becca Mehlin and Karen J. Kozlowski, MD, which is imputable to their employer the co-defendant Little Rock Gynecology Associates, Inc., as stated above, plaintiff Tie-Lei Liu has been injured and suffered the following damages:

1. Extensive pain and suffering and mental anguish in the past and future;
2. Permanent injury;
3. Past and future medical expenses;
4. Scars and disfigurement;
5. Loss of earning capacity.

Additionally, the co-plaintiff, Xiao-Dong Chen, MD, as husband of Tie-Lei Liu, as a result of the abovementioned negligence and fault of the defendants, makes a claim for loss of consortium for the loss of services, society, and companionship to the marriage relationship.

WHEREFORE, the plaintiffs, Tie-Lei Liu and Xiao-Dong Chen, MD, claim compensatory money damages as a direct and proximate result of the aforementioned combined

fault, negligence and/or malpractice on the part of defendant, Becca Mehlin, A.N.P., Little Rock Gynecology Associates, Inc., and Karen J. Kozlowski, MD, in excess of the amount required for federal jurisdiction in diversity of citizenship cases, exclusive of interest and costs.

Respectfully submitted,

Phillip H. McMath
James Bruce McMath
MCMATH WOODS, P.A.
711 W. Third Street
Little Rock, AR 72201
(501) 396-5400

By: _____
Phillip H. McMath, AR Bar No. 73081