IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIE-LEI LIU, et al                                      PLAINTIFFS

Vs.              CASE NO.   4:08cv00415 JMM

BECCA MEHLIN, et al                           DEFENDANTS

### ORDER

On March 6, 2009, the above case was referred to the Magistrate Judge to conduct a settlement conference. Counsel for Defendants has notified the Court that Defendants are not interested in participating in a settlement conference at this time. The order referring this case for settlement (DE #12) is withdrawn.

Dated this 20th day of March, 2009.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK
CLERK OF COURT

By  /s/ Donna Jackson