**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**TIE-LEI LIU AND
XIAO-DONG CHEN, M.D.**                                                    **PLAINTIFFS**


VS.                              NO.  4:08CV000415


**BECCA MEHLIN, A.N.P., AND
LITTLE ROCK GYNECOLOGY ASSOCIATES, INC.,
AND KAREN J. KOZLOWSKI, M.D.**                                **DEFENDANTS**


## JUDGMENT

This action came on for trial May 4, 2009, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on May 7, 2009, in favor of the Plaintiffs, Tie-Lei Liu and Xiao-Dong Chen, M.D. against Defendant Becca Mehlin, A.N.P. and in favor of Defendant Karen J. Kozlowski on Plaintiffs claims.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Tie-Lei Liu recover of and from the Defendants, Becca Mehlin, A.N.P. and Little Rock Gynecology Associates, Inc., jointly and severally, the sum of $369,906.11, three hundred and sixty nine thousand, nine hundred and six dollars and eleven cents ($369,906.11) together with interest from this date until the date paid at the rate of .50 %per annum. Plaintiff, Xiao-Dong Chen, M.D. shall recover of and from the Defendants, Becca Mehlin, A.N.P. and Little Rock Gynecology Associates, Inc., jointly and severally, the sum of $10,000.00, ten thousand dollars ($10,000.00) together with interest from this date until the date paid at the rate of .50 %per annum.  Plaintiffs take nothing on this complaint against Defendant, Karen J. Kozlowski, M.D.

Dated this 8th day of May, 2009.

                                                                                     _____
                                                                                     James M. Moody
                                                                                     United States District Judge